IN RE GRAYBILL/ROWE CHILDREN.

[Cite as *In re Graybill/Rowe Children* (1997), 77 Ohio St.3d 373.]

(Nos. 96–474 and 96–475—Submitted January 8, 1997—
Decided January 29, 1997.)

---

*Paula M. Sawyers,* for appellant Stark County Department of Human Services.

*Todd A. Bergert,* for Shirley Rowe, Mother.

---

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *In re Young Children* (1996), 76 Ohio St.3d 632, 669 N.E.2d 1140.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and COOK, JJ., concur in part and dissent in part.

COOK, J., concurring in part and dissenting in part. For the same reasons that I expressed in *In re Young Children* (1996), 76 Ohio St.3d 632, 640, 669 N.E.2d 1140, 1146, I concur in part and dissent in part. I would reverse the judgment of the appellate court and reinstate the permanent custody order.

DOUGLAS, J., concurs in the foregoing opinion.